APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John R. Garcia
(Please print)

STREET ADDRESS: 426 Greenbay Ave

CITY/STATE/ZIP: Calumet City, IL, 60409-2508

PHONE NUMBER: (708) 868-3346

CASE NUMBER: 08CV3366
JUDGE ASPEN
MAG. JUDGE NOLAN

Signature: John R. Garcia          Date: 6-11-08

FILED
JUN 11 2008
6-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT