Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3366 | **DATE** | 7/8/2008 |
| **CASE TITLE** | John R. Garcia vs. U.S. Postal Service et al | | |

**DOCKET ENTRY TEXT**

ENTER ORDER: It is ordered that plaintiff's motion to proceed *in forma pauperis* [4] is granted. Plaintiff's motion for appointment of counsel [5] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|